# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

130599(33)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 130599
                                          COA: 266178
                                          Kent CC: 02-005771-FH

JESUS JUVENCIO QUINTANILLA,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Houlihan*, 480 Mich 1165 (2008).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008                          _____

d0828                                              Clerk